**BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: Unison "HomeOwner Agreement" Equity Option Contract, Marketing, and Sales Practices Litigation | MDL No. 3201 |

## VANTAGE POINT TITLE INC.'S RESPONSE/JOINDER TO DEFENDANTS' MOTION FOR TRANSFER TO THE EASTERN DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. § 1407

Vantage Point Title, Inc. ("VPT"), by and through its undersigned counsel, hereby joins Defendants Unison Agreement Corp., Unison Investment Management, LLC, Real Estate Equity Exchange, Inc., Unison Midgard Holdings LLC, and Odin New Horizon Real Estate Fund, L.P.'s, (together, "Unison") Motion for Transfer to the Eastern District of New York Pursuant to 28 U.S.C. § 1407 (Dkt. No. 1), and fully incorporates the arguments in the filing as if set forth herein.

VPT supports transfer of the Related Action in which it is named.[1] By filing this Response/Joinder, VPT does not waive, and expressly reserves, any and all defenses, including any objection to personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2).

Dated: September 8, 2026

Respectfully submitted,

/s/ Benjamin B. Klubes
Benjamin B. Klubes
KLUBES LAW GROUP
1717 K Street, N.W
Suite 900

[1] VPT is a named Defendant in *Evans v. Unison Agreement Corp.*, No. 1:26-cv-00999-RC (D.D.C.), initially filed in D.C. Superior Court on February 5, 2026, and removed to the United States District Court for the District of Columbia on March 23, 2026.

Washington, DC 20006
Phone: (202) 753-5054
Email: bklubes@klubeslaw.com

*Counsel for Defendant Vantage Point Title, Inc.*