**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: Unison "HomeOwner Agreement" Equity Option Contract, Marketing, and Sales Practices Litigation | MDL No. 3201 |

**PROOF OF SERVICE**

I hereby certify that on September 8, 2026, copies of the foregoing Vantage Point Title, Inc.'s Response/Joinder to Defendants' Motion for Transfer to the Eastern District of New York Pursuant to 28 U.S.C. § 1407 was served electronically through the CM/ECF system, which provides electronic service notification to all counsel of record registered as CM/ECF users.

Dated: September 8, 2026

Respectfully submitted,

/s/ Benjamin B. Klubes
Benjamin B. Klubes
KLUBES LAW GROUP
1717 K Street, N.W
Suite 900
Washington, DC 20006
Phone: (202) 753-5054
Email: bklubes@klubeslaw.com

*Counsel for Defendant Vantage Point Title, Inc.*