**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: Unison "HomeOwner Agreement" Equity Option Contract, Marketing and Sales Practices Litigation | MDL No. 3201 |

## PLAINTIFFS' REASONS WHY ORAL ARGUMENT SHOULD BE HEARD

Pursuant to Rule 11.1(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, undersigned counsel for Plaintiffs in (1) *Coffin v. Unison Agreement Corp.*, No. 1:26-cv-01587-ENV-TAM, (2) *Kane et al. v. Unison Agreement Corp. et al.*, No. 1:26-cv-01444-GPG-NRN, (3) *Santaniello v. Unison Agreement Corp.*, No. 2:26-cv-07117-EP-JSA (New Jersey Action), and (4) *Cuvellier v. Unison Agreement Corp.*, No. 3:26-cv-30126-MGM respectfully request oral argument on their Joint Opposition to Defendants' Motion for Transfer to the Eastern District of New York Pursuant to 28 U.S.C. § 1407 (Joint Opposition) at the Panel's next scheduled hearing session on September 24, 2026.

As detailed in Plaintiffs' Joint Opposition, transfer neither promotes convenience nor furthers the just and efficient conduct of the underlying actions. To the contrary, Plaintiffs' counsel is already coordinating to avoid duplicative discovery and to achieve other efficiencies. Transfer would additionally create subject matter jurisdiction issues in the transferee court that would not otherwise exist, and there is no meaningful risk of inconsistent rulings because the actions involve distinct state laws, plaintiffs, and classes. Finally, Plaintiffs assert that Defendants fail to identify sufficient common questions of disputed fact, relying instead on common *legal* questions that do not justify transfer.

Oral argument will assist the Panel in evaluating whether Defendants have identified sufficient questions of common fact to warrant transfer and whether transfer would accomplish the efficiencies and convenience contemplated by 28 U.S.C. § 1407.

Respectfully Submitted,

Dated: September 8, 2026


**SINGLETON SCHREIBER, LLP**

/s/ *Elizabeth Aniskevich*
Elizabeth Aniskevich* (DC Bar No. 994603)
Jennifer Yadoo (DC Bar No. 1780435)
SINGLETON SCHREIBER, LLP
650 Massachusetts Ave. NW, Suite 600
Washington, DC 20001
Telephone: (619) 771-3473
eaniskevich@singletonschreiber.com
jyadoo@singletonschreiber.com

*Attorneys for Colorado Plaintiffs Katharine Kane, Charles Kane, Jamie Williams, Alicia Williams, Douglas Clayton, and Proposed Class*

**LANGER GROGAN & DIVER P.C.**

/s/ *David Nagdeman*
David Nagdeman* (NJ Bar No. 529022025)
Kevin Walsh (NJ Bar No. 30511999)
LANGER, GROGAN & DIVER P.C.
1717 Arch St., Ste 4020
Philadelphia, PA 19103
Telephone: (215) 320-5660
dnagdeman@langergrogan.com
kwalsh@langergrogan.com

*Attorneys for New Jersey Plaintiffs David Santaniello, Rosanne D. Santaniello, and Luis Meneses and Proposed Class*

**TERRELL MARSHALL LAW GROUP, PLLC**

/s/ *Beth E. Terrell*
Beth E. Terrell* (WA Bar No. 26759)
Blythe Chandler (WA Bar No. 43387)
Eleanor Eagan (WA Bar No. 64463)
TERRELL MARSHALL LAW GROUP, PLLC
700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
Telephone: (619) 771-3473
bterrell@terrellmarshall.com
bchandler@terrellmarshall.com
eeagan@terrellmarshall.com

*Attorneys for New York Plaintiffs Gerald Coffin, Dawn Whitbeck, and Proposed Class*

**NATIONAL CONSUMER LAW CENTER**

*/s/ Shennan Kavanagh*
Shennan Kavanagh* (MA BBO #655174)
Jennifer Wagner (MA BBO #716264)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th Floor
Boston, Massachusetts 02110
Telephone: (617) 542.8010
skavanagh@nclc.org
jwagner@nclc.org

*Attorneys for Massachusetts Plaintiffs Anne Cuvellier, David Hills, and Proposed Class*


*Attorneys designated to accept service.